

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00744-CR

Marshall Hondo **RILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-166-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on January 13, 2020. On January 22, 2020, appellant filed a motion requesting a thirty-day extension of time to file the brief. We granted the motion, making appellant's brief due no later than February 12, 2020. On February 14, 2020, appellant filed a motion requesting a sixteen-day extension of time to file the brief. The motion is GRANTED. It is ORDERED that appellant's brief is due no later than February 28, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court